In the Matter of the Application for the Sale of Real Estate of HELEN S. McWILLIAM.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EL FAY CAB MANUFACTURING CORPORATION, Respondent, v. PEERLESS MOTOR CAR CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

BERTHA SILVERMAN, Appellant, v. ARTHUR M. SILVERMAN, Respondent.— Order affirmed. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES ROEHM, Appellant, v. FLORENCE ROEHM, Respondent.— Order entered October 29, 1930, modified by reducing amount of counsel fee to the sum of $500, and as so modified affirmed, without costs; and appeal from order entered November 21, 1930, dismissed. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

NATHAN BIENENZUCHT and Another, Respondents, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

POCAHONTAS APARTMENTS, INC., Appellant, v. DI MARCO & REIMANN, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

ADELINE ASCHER and HENRY ASCHER, as Administrators, etc., of the Estate of JOHN J. ASCHER, Deceased, Respondents, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant. (Action No. 1.) ADELINE ASCHER and HENRY ASCHER, as Administrators, etc., of the Estate of JOHN J. ASCHER, Deceased, Respondents, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant. (Action No. 2.) — Order so far as appealed from modified so that defendant shall not be required to produce any analyses or checking or investigating process taken by this defendant to verify the bills and items rendered by the plaintiffs, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Finch, McAvoy, Martin and O'Malley, JJ.

LORETTA HESSIAN, Respondent, v. JOSEPH A. HESSIAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

OTATO CORPORATION, Respondent, v. HARRY M. HEIMERDINGER, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

HARRY RITTNER and SAM JACOBS, Appellants, v. LOUIS M. KOMMEL and DAVID NEEDLEMAN, Respondents, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

H. GORDON FREEMAN, Appellant, v. K. O. A. REALTY CORPORATION, Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION, Respondent, v. JAMES W. DECKER and NEWS PROJECTION CORPORATION, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the exami-